Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: 4:23-mj-00607-BJ All Defendants

| | |
|---|---|
| Case title: USA v. Harris | Date Filed: 08/17/2023 |
| Other court case number: 4:23-cr-00268-HSG Northern District of California/Oakland | Date Terminated: 08/18/2023 |

Assigned to: Magistrate Judge Jeffrey L. Cureton

**Defendant (1)**

**Daniel James Harris**  represented by  **Michael A Lehmann-FPD**
*TERMINATED: 08/18/2023*                         Federal Public Defender
                                                 819 Taylor Street
                                                 Room 9A10
                                                 Fort Worth, TX 76102
                                                 817-978-2753
                                                 Fax: 817-978-2757
                                                 Email: michael_lehmann@fd.org
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 Designation: Federal Public Defender Appointment
                                                 Bar Status: Admitted/In Good Standing

**Pending Counts**                               **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                            **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                   **Disposition**

21:846, 841(a)(1), (b)(1)(E)(i) Conspiracy to distribute and possess with intent to distribute Anabolic Steroids

**Plaintiff**

USA represented by **P.J. Meitl-DOJ**
US Attorney's Office
Northern District of Texas
1100 Commerce Street
3rd Floor
Dallas, TX 75242
214-659-8680
Email: philip.meitl@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2023 | | Arrest (Rule 5) of Daniel James Harris. Case Number 4:23-cr-00268-HSG Indictment and Warrant from Northern District of California/Oakland. (mcrd) (Entered: 08/18/2023) |
| 08/17/2023 | 1 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Rule 5(c) as to Daniel James Harris held on 8/17/2023. Date of Arrest: 8/17/2023; Deft executed financial affidavit; o/appointing FPD for this hearing only entered; Rule 5(f) admonishment given; deft executed waiver of identity; deft executed PR bond & advised of conditions of pretrial release; o/setting conditions of pretrial release entered; Deft to appear in US Court Oakland, CA on August 29, 2023 at 10:15 a.m.; deft released on conditions. Attorney Appearances: AUSA - PJ Meitl; Defense - Michael Lehmann. (No exhibits) Time in Court - :06. (Court Reporter: Digital File) (USPO Mouret.) (mcrd) (Entered: 08/18/2023) |
| 08/17/2023 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Daniel James Harris. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/17/2023) (mcrd) (Entered: 08/18/2023) |
| 08/17/2023 | 3 | WAIVER of Rule 5(c) Hearings by Daniel James Harris (mcrd) (Entered: 08/18/2023) |
| 08/17/2023 | 4 | ELECTRONIC ORDER As to Daniel James Harris:<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.<br><br>By this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, |

| | | |
|---|---|---|
| | | adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/17/2023) (mcrd) (Entered: 08/18/2023) |
| 08/17/2023 | 5 | ORDER Setting Conditions of Release as to Daniel James Harris (1) Deft released on PR bond; Deft to next appear at the US District Court in Oakland California on August 29, 2023 at 10:15 a.m.; see order for specific conditions. (Ordered by Magistrate Judge Jeffrey L. Cureton on 8/17/2023) (mcrd) (Entered: 08/18/2023) |
| 08/18/2023 | 6 | Notice FROM Texas Northern TO Nothern District of California/Oakland of a Rule 5, Rule 32.1, or Rule 40 Appearance as to Daniel James Harris. Your case number is: 4:23-cr-00268-HSG. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (mcrd) (Entered: 08/18/2023) |