IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:23-MJ-607 |
| | § | |
| DANIEL JAMES HARRIS | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above at the initial appearance only.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: August 17, 2023

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE