# United States District Court

NORTHERN DISTRICT OF TEXAS AT FORT WORTH

UNITED STATES OF AMERICA § WAIVER OF RULE 5(c) HEARINGS
§ (Excluding Probation Cases)
V. §
§
DANIEL JAMES HARRIS § CASE NUMBER: 4:23-MJ-607

I, Daniel James Harris, understand that in the Northern District of California/Oakland, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

(✓) I have been informed I have no right to a preliminary examination

August 17, 2023

_____
Defendant

_____
Defense Counsel