AO 199A (Rev. 12/11) Order Setting Conditions of Release  Page 1 of 3  Pages

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas, Fort Worth Division

| | |
|---|---|
| United States of America )<br>v. )<br>)<br>DANIEL JAMES HARRIS )<br>*Defendant* ) | Case No. 4:23-MJ-607 |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: United States Courthouse, 1301 Clay Street, Oakland, CA 94612
*Place*

Courtroom 3, 4th floor, Chief Magistrate Judge Ryu

on  Tuesday, August 29, 2023 at 10:15 a.m.
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

Order Setting Conditions of Release

Page 2 of 3 Pages

## Additional Conditions of Release

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of
Person or organization: _____
Address (only if an organization) _____
City and State _____
who agree to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
Custodian           Date _____

(7) The defendant must:
X    (a) submit to supervision by and report for supervision to the United States Probation Officer as directed.
X    (b) continue to actively seek employment.
☐    (c) continue to start and education program.
X    (d) surrender any passport and/or any passport card to the United States Probation Officer.
X    (e) not obtain a passport or other international travel document.
X    (f) abide by the following restrictions on personal association, residence, or travel: Travel restricted to the Northern District of Texas and to and from the Northern District of California for court and attorney purposes unless permission received from the United States Probation Officer.
X    (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including: co-defendant _____
☐    (h) get medical or psychiatric treatment as directed by the United States Probation Officer. The defendant shall contribute to the costs of services rendered (copayment) as determined by the United States Probation Officer.
☐    (i) maintain residence at a halfway house or community corrections center, as the United States Probation Officer considers necessary.
X    (j) not possess a firearm, destructive device, or other weapon.
X    (k) not to use alcohol X at all ☐ excessively.
X    (l) not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Including the use of any synthetic and/or natural substance to alter mood and/or cognitive ability such as CBD and hemp oils/products.
X    (m) submit to testing for a prohibited substance if required by the United States Probation Officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. The defendant shall contribute to the costs of services rendered (copayment) as determined by the United States Probation Officer.
X    (n) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the United States Probation Officer. The defendant shall contribute to the costs of services rendered (copayment) as determined by the United States Probation Officer.
☐    (o) submit to location monitoring as directed by the United States Probation Officer and participate in one of the following location restriction programs and comply with all program requirements as directed. . The defendant must pay all or part of the costs of any monitoring program based on their ability to pay as determined by the United States Probation Officer.
  ☐ (i)   **Curfew**. You are restricted to your residence every day ☐ from _____ to _____, or ☐ as directed by the United States Probation Officer; or
  ☐ (ii)  **Home Detention**. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the United States Probation Officer; or
  ☐ (iii) **Home Incarceration**. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
☐    (p) Stand Alone Monitoring (SAM): Requires the use of Global Positioning System (GPS) tracking to monitor and enforce any other condition(s) of release (e.g. travel restrictions) _____. . The defendant must pay all or part of the costs of any monitoring program based on their ability to pay as determined by the United States Probation Officer.
X    (q) report as soon as possible, to the United States Probation Officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
X    (r) not participate in any capacity in any criminal activity, associate with any person engaged in any criminal activity, or enter into, or perform under, any agreement to act as an informer for, or special agent of, any governmental agency without permission of the court.

AO 199C  (Rev. 09/08)  Advice of Penalties                                                Page  3     of    3    Pages

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_[signature]_
*Defendant's Signature*

FORT WORTH, TX
*City and State*

## Directions to the United States Marshal

(✓)  The defendant is ORDERED released after processing.
(  )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: August 17, 2023

_[signature]_
*Judicial Officer's Signature*

Jeffrey L. Cureton, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL