ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    eric.cheng@usdoj.gov
    ajay.krishnamurthy@usdoj.gov
    alethea.sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL HARRIS, <br><br> Defendant. | CASE NO. 4:23-cr-0268 JSW-1 <br><br> STIPULATION REGARDING PROPERTY BOND AND ORDER |

    Pursuant to General Order No. 55, it is hereby stipulated by and between counsel for the United States and counsel for Defendant DANIEL HARRIS that the government has reviewed and approved Defendant's bond package for Defendant's submission to the clerk's office.

    Defendant was charged in an Indictment dated August 16, 2023 with violations of 18 U.S.C. §§ 846, 841(a)(1) and (b)(1)(E)(i), conspiracy to distribute and possess with intent to distribute anabolic steroids, 18 U.S.C. §§ 846, 841(a)(1) and (b)(1)(E)(i), attempted possession with intent to distribute anabolic steroids, and 18 U.S.C. §§ 841(a)(1) and (b)(1)(E)(i), possession with intent to distribute anabolic steroids. Defendant appeared before the Court on August 29, 2023, for his initial appearance in

this district.  The Court ordered certain conditions of release, including the posting of a secured bond in the amount of $100,000.  On September 1, 2023, the co-owner of the property at issue appeared before the Court and agreed to cosign on the bond as a surety.  The deadline for the posting of that property was set for September 12, 2023.

The government understands that due to defense counsel's unfamiliarity with Texas real estate transactional requirements, defense counsel was only able to finalize the bond package as of October 24, 2023.  Therefore, the parties further stipulate and agree that the original deadline for posting of property should be extended to October 25, 2023.

On October 24, 2023, defense counsel presented to the government that bond package, which includes a valuation based on real estate comparables, including from a real estate aggregator such as the Zillow website or the Redfin website.  The parties stipulate and agree that, for purposes of that secured bond in this case, the government will accept such a valuation.

The undersigned Assistant United States Attorney certifies that they have obtained approval from counsel for Defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 24, 2023

/s/
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA M. SARGENT
Assistant United States Attorneys

/s/
JAMES P. VAUGHNS
Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Donna M. Ryu]

DATED: October 24, 2023

HONORABLE DONNA M. RYU
Chief Magistrate Judge

STIPULATION REGARDING PROPERTY AND ORDER
Case No. 4:23-cr-0268 JSW-1