1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   AJAY KRISHNAMURTHY (CABN 305533)
5  ALETHEA M. SARGENT (CABN 288222)
   Assistant United States Attorneys
6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3680
8       FAX: (510) 637-3724
        eric.cheng@usdoj.gov
9       ajay.krishnamurthy@usdoj.gov
        alethea.sargent@usdoj.gov
10
   Attorneys for United States of America
11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                                OAKLAND DIVISION
14

15 | UNITED STATES OF AMERICA,         ) CASE NOS.  4:23-CR-00268 JSW
                                       )            4:24-CR-00502 JSW
16 |     Plaintiff,                    )
                                       ) JOINT STATUS REPORT AND STIPULATION TO
17 |   v.                              ) CONTINUE STATUS CONFERENCE;
                                       ) [PROPOSED] ORDER
18 | DANIEL JAMES HARRIS,              )
                                       )
19 |     Defendant.                    )
                                       )
20

21         On September 17, 2024, defendant Daniel James Harris pleaded guilty to conspiracy to distribute

22 anabolic steroids, possession of anabolic steroids with the intent to distribute, and attempted possession

23 of anabolic steroids with the intent to distribute in case number 23-CR-00268, and pleaded guilty to

24 bank fraud in case number 24-CR-00502. This case is set for a status hearing on April 15, 2025.

25         The parties expect Mr. Harris to testify as a witness at trial in *U.S. v. Devon Wenger*, Case No.

26 23-CR-00268 JSW-2, currently scheduled for April 28, 2025. Mr. Wenger is also set for trial in related

27 matter *United States v. Devon Wenger*, Case No. 23-CR-269 JSW-3 on July 21, 2025. Accordingly, the

28 parties are not yet ready to set a sentencing hearing in this matter and the parties stipulate and agree that,

STIPULATION TO CONTINUE STATUS AND [PROPOSED] ORDER
Case Nos. 4:23-cr-00267 JSW & 4:24-cr-00502 JSW

with the Court's permission, the currently-scheduled status conference be continued approximately four months to August 19, 2025 for further status on sentencing.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

DATED: April 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　　*/s/*
　　　　　　　　　　　　　　　　　　　　　　ERIC CHENG
　　　　　　　　　　　　　　　　　　　　　　AJAY KRISHNAMURTHY
　　　　　　　　　　　　　　　　　　　　　　ALETHEA SARGENT
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

　　　　　　　　　　　　　　　　　　　　　　　　*/s/*
　　　　　　　　　　　　　　　　　　　　　　JAMES P. VAUGHNS
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant DANIEL JAMES HARRIS

1  **[PROPOSED] ORDER**

2  Based upon the facts and representations set forth in the stipulation of the parties, and good cause
3  shown, IT IS HEREBY ORDERED that the status conference currently set for April 15, 2025 be
4  continued to **August 19, 2025, at 1:00 p.m.** for further status on sentencing.  The parties shall file an
5  updated joint status report, or a stipulation to request to continue the status conference, by August 12,
6  2025.

7  **IT IS SO ORDERED.**

9  DATED: _____

    HON. JEFFREY S. WHITE
10  United States District Judge