1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   ALETHEA M. SARGENT (CABN 288222)
5  ALEXANDRA SHEPARD (CABN 205143)
   Assistant United States Attorneys
6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3680
8       FAX: (510) 637-3724
        Eric.Cheng@usdoj.gov
9       Alethea.Sargent@usdoj.gov
        Alexandra.Shepard@usdoj.gov
10
   Attorneys for United States of America
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:23-CR-00267 JSW |
|---|---|---|
| Plaintiff, | ) ) | JOINT STATUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER |
| v. | ) ) | |
| TIMOTHY ALLEN MANLY WILLIAMS, | ) ) | |
| Defendant. | ) ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) ) | CASE NOS.   4:23-CR-00268 JSW-1 4:24-CR-00502 JSW |
| Plaintiff, | ) ) | JOINT STATUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER |
| v. | ) ) | |
| DANIEL JAMES HARRIS, | ) ) | |
| Defendant. | ) ) | |

STIPULATION AND PROPOSED ORDER

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:23-CR-00269 JSW-2 |
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER |
| v. | |
| ERIC ALLEN ROMBOUGH, | |
| Defendant. | |

Each of the above-captioned cases are set for status conference hearings on August 19, 2025.

Defendant Timothy Allen Manly Williams pleaded guilty to destruction, alteration, and falsification of records in federal investigations; obstruction of official proceedings; and deprivation of rights under color of law on November 28, 2023. Defendant Manly Williams testified in *United States v. Morteza Amiri*, Case No. 23-CR-269 JSW-1 in March 2025.

Defendant Daniel James Harris pleaded guilty to conspiracy to distribute anabolic steroids; possession of anabolic steroids with the intent to distribute; and attempted possession of anabolic steroids with the intent to distribute in case number 23-CR-00268; and pleaded guilty to bank fraud in case number 24-CR-00502; on September 17, 2024. Defendant Harris testified in *United States v. Devon Wenger*, Case No. 23-CR-268 JSW-2 in April 2025.

Defendant Eric Allen Rombough pleaded guilty to conspiracy against rights and deprivation of rights under color of law on January 14, 2025. Defendant Rombough testified in *United States v. Morteza Amiri*, Case No. 23-CR-269 JSW-1 in March 2025.

Since the setting of the August 19, 2025 status conference hearings, the retrial in *United States v. Devon Wenger*, Case No. 23-CR-269 JSW-3 has been continued to September 8, 2025. Accordingly, the parties in the above-captioned cases are not yet ready to set sentencing hearings and the parties stipulate and agree that, with the Court's permission, the currently-scheduled status conference hearings be continued to October 7, 2025 for further status on sentencing.

//

//

//

STIPULATION AND PROPOSED ORDER

The undersigned Assistant United States Attorney certifies that he has obtained approval from the undersigned to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

DATED: July 29, 2025

        */s/ Eric Cheng*
ERIC CHENG
ALETHEA SARGENT
ALEXANDRA SHEPARD
Assistant United States Attorneys

        */s/ *via email 7/29/25*
RANDY SUE POLLOCK
Counsel for Defendant TIMOTHY ALLEN MANLY WILLIAMS

        */s/ *via email 7/29/25*
JAMES P. VAUGHNS
Counsel for Defendant DANIEL JAMES HARRIS

        */s/ *via email 7/29/25*
ANTHONY BRASS
Counsel for Defendant ERIC ALLEN ROMBOUGH

STIPULATION AND ~~PROPOSED~~ ORDER

**[PROPOSED] ORDER**

Based upon the facts and representations set forth in the stipulation of the parties, and good cause shown, IT IS HEREBY ORDERED that the status conference hearings currently set for August 19, 2025 in each of the above-captioned matters be continued to **October 7, 2025, at 1:00 p.m.** for further status on sentencing. The parties shall file updated joint status reports, or stipulations to request to continue the status conference hearings, by September 30, 2025.

**IT IS SO ORDERED.**

DATED: July 29, 2025

HON. JEFFREY S. WHITE
United States District Judge